IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3080 |
| vs. | |
| LEIGH THOMPSON, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 22). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Indictment (filing 22) is granted.

2. The indictment is dismissed without prejudice as to defendant Leigh Thompson.

Dated this 11th day of December, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge